**Electronically Filed**
**Supreme Court**
**SCWC-12-0000808**
**08-NOV-2013**
**10:03 AM**

SCWC-12-0000808

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AC, Respondent/Plaintiff-Appellee,

vs.

AC, Petitioner/Defendant-Appellant,

and

CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI,
Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000808; FC-P NO. 11-1-6307)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ)

Petitioner/Defendant-Appellant's application for writ of certiorari filed on September 30, 2013, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, November 8, 2013.

M. Cora Avinante
and Michael S. Gehrt
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

